# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HOWARD COHAN,**

    **Plaintiff,**

vs.                        **CASE NO.: 6:24-cv-02090-WWB-LHP**

**COOPER'S HAWK ORLANDO 1, LLC,**
A Florida Limited Liability Company d/b/a
Cooper's Hawk Winery & Restaurant,

    **Defendant.**
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff HOWARD COHAN and Defendant, COOPER'S HAWK ORLANDO 1, LLC (collectively, the "Parties"), by and through their undersigned counsel, hereby notify the Court that the instant action has settled. The Parties expect to file a Joint Stipulation of Dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 17th day of January, 2025.

Respectfully submitted,

| | |
|---|---|
| SCONZO LAW OFFICE, P.A.<br>Gregory S. Sconzo, Esq.<br>3825 PGA Boulevard, Suite 207<br>Palm Beach Gardens, FL 33410<br>Telephone:  (561) 729-0940<br>Facsimile:   (561) 491-9459 | JACKSON LEWIS P.C.<br>100 South Ashley Drive, Suite 2200<br>Tampa, Florida 33602<br>Telephone:  (813) 512-3229<br>Facsimile:   (813) 512-3211 |
| By:  */s/ Samantha L. Simpson*<br>    Samantha L. Simpson<br>    Florida Bar No. 1010423<br>    samantha@sconzolawoffice.com | By:  */s/ Amy K. Recla*<br>    Amy K. Recla<br>    Florida Bar No. 102811<br>    Amy.recls@jacksonlewis.com |
|     Gregory S. Sconzo<br>    Florida Bar No. 0105553<br>    greg@sconzolawoffice.com | Attorney for Defendant |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court via CM/ECF, and furnished via email to counsel of record.

*/s/ Amy K. Recla*
Attorney

4907-9523-0224, v. 1